# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 23-1239**　　　　　　　　　　　　　　**September Term, 2023**

**FAA-EA-5956**

**Filed On: September 8, 2023** [2015968]

Trenton Palmer,

    Petitioner

  v.

Federal Aviation Administration,

    Respondent

## N O T I C E

This case was docketed on September 8, 2023. The Federal Aviation Administration is hereby notified that the attached is a true copy of the petition for review, which was filed on September 8, 2023, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　Emily K. Campbell
　　Deputy Clerk

Attachment:
    Certified Copy of Petition for Review