IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TRENTON PALMER,<br>Petitioner,<br><br>v.<br><br>FEDERAL AVIATION<br>ADMINISTRATION,<br>Respondent. | Case No. 23-1239<br><br>ON PETITION FOR REVIEW<br>FROM NATIONAL<br>TRANSPORTATION SAFETY<br>BOARD |

## REPRESENTATION OF CONSENT OBTAINED BY AMICUS CURIAE AIRCRAFT OWNERS OF PILOTS ASSOCIATION

The Aircraft Owners and Pilots Association (AOPA) hereby files this representation of consent under Circuit Rule 29(b). AOPA has obtained the consent of both Trenton Palmer and the Federal Aviation Administration to its participation as an amicus curiae in this matter, as evidenced in the attached correspondence.

Respectfully submitted,

/s/ Justine Harrison
Justine Harrison
AOPA
421 Aviation Way
Frederick, MD 21701
T: 301.695.2206
justine.harrison@aopa.org
Counsel for Amicus Curiae

| | |
|---|---|
| **From:** | Park, Joy (FAA) |
| **To:** | Robert Schulte; Hassing, Daniel |
| **Cc:** | Allen, Jared; Arendt, Ian; Browner, Jeremy |
| **Subject:** | RE: Palmer v. FAA, DC Cir. 23-1239--Consent for Amicus Participation |
| **Date:** | Wednesday, October 4, 2023 8:16:57 AM |
| **Attachments:** | image001.png |
| | image003.png |

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning Mr. Hassing,

The FAA has no objection to AOPA filing an amicus brief in the *Palmer* case.

Thanks!
Joy

| | |
|---|---|
| **Joy Park**<br>Senior Attorney<br>Aviation Litigation Division (AGC-300)<br><br>Office: 202.267.7617<br>Mobile: 202.733.7219<br>Email: joy.park@faa.gov | Federal Aviation Administration<br>Office of the Chief Counsel<br>800 Independence Avenue SW<br>Washington, DC 20591<br><br>www.faa.gov |

**From:** Robert Schulte <rschulte@schultebooth.com>
**Sent:** Tuesday, October 3, 2023 5:29 PM
**To:** Hassing, Daniel <daniel.hassing@aopa.org>
**Cc:** Park, Joy (FAA) <Joy.Park@faa.gov>; Allen, Jared <jared.allen@aopa.org>; Arendt, Ian <Ian.Arendt@aopa.org>; Browner, Jeremy <Jeremy.Browner@aopa.org>
**Subject:** Re: Palmer v. FAA, DC Cir. 23-1239--Consent for Amicus Participation

On behalf of Mr. Palmer, you have our consent.

Sent from my mobile device


Robert D. Schulte
Schulte Booth, P.C.
14 N. Hanson Street
Easton, MD  21601
(410) 822-1200 voice
(410) 822-1299 fax
(410) 804-1592 mobile

[www.schultebooth.com](www.schultebooth.com)

On Oct 3, 2023, at 4:33 PM, Hassing, Daniel <daniel.hassing@aopa.org> wrote:

Dear Ms. Park and Mr. Schulte,

My name is Dan Hassing and I am an attorney with AOPA. We anticipate filing an amicus brief in the DC Circuit in the Palmer v. FAA case. May I represent to the Court that I have your consent to do so? Please feel free to call or write with any questions. Thanks in advance.

**DANIEL HASSING**
LSP Attorney I, AOPA
p: 301.695.2156
a: 421 Aviation Way, Frederick, MD 21701
[www.aopa.org](www.aopa.org)

<image001.png>

**Confidentiality Notice:** The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

ATTORNEY-CLIENT PRIVILEGE AND/OR OTHER LEGAL PRIVILEGES MAY APPLY TO THIS COMMUNICATION - DO NOT CIRCULATE WITHOUT CONSENT OF SENDER This message (including attachments) is transmitted using a U.S. Government information system, and is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution, interception or copying of this communication is strictly prohibited, and may subject you to legal action. Reply to the sender if you received this email by accident, and then delete the email and any attachments. Thank you.