IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **TRENTON PALMER,**<br>Petitioner,<br><br>v.<br><br>**FEDERAL AVIATION ADMINISTRATION,**<br>Respondent. | Case No. 23-1239<br><br>**ON PETITION FOR REVIEW FROM NATIONAL TRANSPORTATION SAFETY BOARD** |

## CORPORATE DISCLOSURE STATEMENT OF THE AIRCRAFT OWNERS AND PILOTS ASSOCIATION

The Aircraft Owners and Pilots Association (AOPA) has no parent corporation and no publicly held corporation owns 10% or more of its stock. AOPA is a 501(c)(4) organization providing various services to its members, who are primarily general aviation pilots and aircraft owners. AOPA represents hundreds of thousands of members. AOPA's central mission is to preserve the freedom to fly and ensure that general aviation remains accessible. AOPA participates in legislative, administrative, and legal proceedings that may affect its members' interests. In doing so, AOPA educates politicians and policymakers on issues affecting its members and the general aviation industry.

Respectfully submitted,

/s/ Justine Harrison
Justine Harrison
AOPA

421 Aviation Way
Frederick, MD 21701
T: 301.695.2206
justine.harrison@aopa.org
Counsel for Amicus Curiae