IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| Trenton J. Palmer | ) | |
| | ) | |
| Petitioner, | ) | September Term, 2023 |
| | ) | |
| v. | ) | USCA Case No. 23-1239 |
| | ) | |
| Administrator,<br>Federal Aviation Administration &<br>National Transportation Safety Board, | ) ) ) | |
| | ) | |
| Respondents. | ) ) | |

**PETITIONER'S CERTIFICATE AS TO PARTIES,
RULINGS UNDER REVIEW, AND RELATED CASES**

Pursuant to the Court's Order dated September 8, 2023 (Document # 2015974), Petitioner hereby certifies the following:

**A. Parties and Amici.** The parties to this case are Petitioner, Trenton J. Palmer, and Respondents, Administrator of the Federal Aviation Administration ("FAA") and the National Transportation Safety Board (NTSB). This matter was not before the District Court, and the following party will be filing a brief as *amicus curiae*: Aircraft Owners and Pilots Association.

i

**B. Rulings Under Review.** Petitioner seeks review, pursuant to 49 U.S.C. § 1153, of the final Order issued by the NTSB on July 12, 2023 in *Administrator v. Palmer* (EA-5956), otherwise denying Petitioner's Motion for Reconsideration of the Board's March 30, 2023 Order (EA-5947) affirming the FAA Administrator's 120-day Order of Suspension of Petitioner's Airman certificate.

**C. Related Cases.** This case was not previously before this Court or any other court. There are no other related cases pending before this Court.

Dated this 10th day of October 2023.

Respectfully submitted,

*Robert Schulte*
—————————————
Robert D. Schulte
Schulte Booth P.C.
14 N. Hanson Street
Easton, MD 21601
Tel: (410) 822-1200
Fax: (410) 822-1299

*Counsel for Petitioner*

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October 2023, I electronically filed the foregoing Certificate as to Parties, Rulings Under Review, and Related Cases by using the appellate CM/ECF system. Furthermore, a copy of the foregoing has been sent via electronic mail to the following counsel of record:

>Joy Park
>Federal Aviation Administration
>Office of the Chief Counsel
>800 Independence Avenue, S.W.
>Washington, D.C. 20591
>Tel: 202-267-7617
>Joy.park@faa.gov

*Robert Schulte*
_____
Robert D. Schulte
Schulte Booth P.C.
14 N. Hanson Street
Easton, MD 21601
Tel: (410) 822-1200
Fax: (410) 822-1299
*Counsel for Petitioner*