

**National Transportation Safety Board**

Washington, D.C. 20594

Office of General Counsel

October 30, 2023

Mark Langer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse and William B. Bryant Annex
333 Constitution Ave., NW
Washington, DC 20001

RE: No. 23-1239     <u>Trenton Palmer, Petitioner v. Michael Whitaker, Administrator, Federal Aviation Administration, Respondent.</u>

Dear Mr. Langer:

    Enclosed is the Certification of Record in the above-listed proceeding.[1] The original record is available for review in the National Transportation Safety Board's Office of General Counsel. If it is required, please notify Ms. Krishawn Graham, Paralegal, Office of General Counsel, Room 6300, 490 L'Enfant Plaza East, S.W., Washington, D.C. 20594. Her telephone number is (202) 314-6056.

    When the case is closed, please return the original record to Ms. Graham at the L'Enfant Plaza address. Thank you.

Sincerely,

WILLIAM MCMURRY
Digitally signed by WILLIAM MCMURRY
Date: 2023.10.30 06:25:14 -04'00'

William T. McMurry, Jr.
General Counsel

Enclosure

---

[1] The Federal Aviation Administration (FAA) is the real party in interest, inasmuch as this petition challenges an FAA decision that the National Transportation Safety Board (NTSB) upheld. The NTSB, an independent agency not within the U.S. Department of Transportation, performs a quasi-judicial role with respect to the FAA safety enforcement decisions, affording holders of certain FAA-issued certificates a forum for adjudicating administrative appeals from orders of the FAA Administrator affecting these certificates. Thus, the NTSB ordinarily will neither enter an appearance in court proceedings reviewing its decisions on FAA orders, nor otherwise participate in their defense. See <u>Hinson v. National Transp. Safety Bd. and Rolund</u>, F.3d (1144) D.C. Cir. 1995. In <u>Rolund</u>, the Court established that it will not accept the NTSB as a party in defense of NTSB decisions, despite the fact that the NTSB is the named defendant in most of these cases.

**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

TRENTON PALMER,

    Petitioner,

v.

MICHAEL WHITAKER,
Administrator,
Federal Aviation Administration,

    Respondent.

Court No. 23-1239

## **CERTIFICATION OF RECORD**

IT IS HEREBY CERTIFIED that the annexed list describes the material comprising the record in this proceeding. The complete original record is available for review upon request.

WILLIAM MCMURRY
Digitally signed by WILLIAM MCMURRY
Date: 2023.10.30 08:26:23 -04'00'

William T. McMurry, Jr.
General Counsel
National Transportation Safety Board
(202) 314-6080
Email: Boardappeals@ntsb.gov

Dated this 30th day of October 2023, at Washington, D.C.

Trenton Palmer v. Polly Trottenberg, Acting Administrator, Federal Aviation Administration
U.S. Court of Appeals for the District of Columbia Circuit, USCA Case No. 23-1239
NTSB Docket SE-30880, EA-5947 and EA-5956

**INDEX**

| ITEM | DATE | PAGE(S) |
|---|---|---|
| FAA's Order of Suspension | October 8, 2020 | 1-4 |
| Certificate Holder's Notice of Appeal | October 8, 2020 | 5-10 |
| NTSB Office of Administrative Law Judges Acknowledgement of Receipt of Appeal | October 15, 2020 | 11 |
| FAA's Complaint | October 15, 2020 | 12-17 |
| Certificate Holder's Answer to Complaint | October 16, 2020 | 18-21 |
| FAA's First Set of Discovery Requests to Certificate Holder | February 8, 2021 | 22-28 |
| Certificate Holder's Request to FAA for Extension to Reply to First Set of Discovery Requests | March 12, 2021 | 29-32 |
| Certificate Holder's Responses to the FAA's First Set of Discovery Requests | March 19, 2021 | 33-62 |
| Certificate Holder's First Set of Interrogatories and Request for Production of Documents | March 26, 2021 | 63-68 |
| FAA's Responses to Certificate Holder's First Set of Discovery Requests | April 26, 2021 | 69-78 |
| Assignment of Case to Administrative Law Judge | July 13, 2021 | 79 |
| FAA's Amended Complaint | September 20, 2021 | 80-84 |
| FAA's Notice of Unavailability | October 27, 2021 | 85-86 |
| Certificate Holder's Notice of Appearance | December 29, 2021 | 87-88 |
| NTSB Office of Administrative Law Judges Internal Memo Docket to the File: Conference Call | January 13, 2022 | 89 |
| Notice of Hearing | January 20, 2022 | 90-92 |
| Prehearing Order (Waived Emergency) | January 20, 2022 | 93-97 |
| FAA's Initial Disclosures | January 24, 2022 | 98-107 |
| FAA's Application for Subpoenas | February 8, 2022 | 108-109 |
| FAA's Documents Only Subpoena for Gabriel Pena | February 9, 2022 | 110-111 |
| FAA's Testimony Subpoena for Gabriel Pena | February 9, 2022 | 112-113 |
| FAA's Testimony Subpoena for Julia Pena | February 9, 2022 | 114-115 |
| FAA's Testimony Subpoena for Russell Stanley | February 9, 2022 | 116-117 |
| Certificate Holder's Application for Subpoenas | March 3, 2022 | 118-119 |
| FAA's Compliance with Prehearing Order | March 8, 2022 | 120-130 |
| Certificate Holder's Compliance with Prehearing Order | March 8, 2022 | 131-137 |

Trenton Palmer v. Polly Trottenberg, Acting Administrator, Federal Aviation Administration
U.S. Court of Appeals for the District of Columbia Circuit, USCA Case No. 23-1239
NTSB Docket SE-30880, EA-5947 and EA-5956

| ITEM | DATE | PAGE(S) |
|---|---|---|
| NTSB Office of Administrative Law Judges Internal Memo Docket to the File: Conference Call | March 10, 2022 | 138 |
| FAA's Notice of Objections to the Exhibits Designated by the Certificate Holder | March 21, 2022 | 139-141 |
| Certificate Holder's Notice of Objections to the Exhibits Designated by the FAA | March 21, 2022 | 142-153 |
| Email Correspondence re: Hearing to Proceed as Scheduled | March 22, 2022 | 154 |
| FAA's List of Participants | March 23, 2022 | 155-157 |
| Certificate Holder's List of Participants | March 23, 2022 | 158-159 |
| Certificate Holder's Testimony Subpoena for Jared Likes | March 23, 2022 | 160-161 |
| FAA's Supplemental List of Participants | March 24, 2022 | 162-163 |
| Email Correspondence re: FAA Exhibits | March 24, 2022 | 164-166 |
|  |  |  |
|  |  |  |
| NTSB Official Transcripts of Hearing – Vol 1 | March 29, 2022 | 167-372 |
| NTSB Official Transcripts of Hearing – Vol 2 | March 30, 2022 | 373-608 |
| NTSB Official Transcripts of Hearing – Vol 3 | April 1, 2022 | 609-742 |
| NTSB Official Transcripts of Hearing – Vol 4 | April 4, 2022 | 743-809 |
| Copy of Appeal Instructions | April 4, 2022 | 810 |
| Certificate Holder's Motion to Dismiss FAA's Complaint for Failure to State a Claim Upon Which Relief Can Be Granted | April 4, 2022 | 811-817 |
| FAA's Response in Opposition to Certificate Holder's Motion to Dismiss the Complaint, as Amended, for Failure to State a Claim | April 4, 2022 | 818-823 |
| NTSB Official Transcript of Law Judge's Oral Initial Decision | April 6, 2022 | 824-936 |
|  |  |  |
|  |  |  |
| **FAA Exhibits from March 29, 2022 Hearing** |  |  |
|  |  |  |
| A2 – Certificate Holder's Response to the FAA's First Set of Discovery Requests | -- | 937-966 |
| A-3 – FAA Certified Inspectors Statement | -- | 967-973 |
| A-4 – FAA Certified Letter of Warning | -- | 974-976 |

Trenton Palmer v. Polly Trottenberg, Acting Administrator, Federal Aviation Administration
U.S. Court of Appeals for the District of Columbia Circuit, USCA Case No. 23-1239
NTSB Docket SE-30880, EA-5947 and EA-5956

| ITEM | DATE | PAGE(S) |
|---|---|---|
| A-5 – FAA Certified Notification of Investigation | -- | 977-983 |
| A-13 – House Photos | -- | 984-987 |
| A-16 – Email correspondence | -- | 988 |
| A-17 – Property Photos | -- | 989-1006 |
| A-22 – Off Airport Ops Guide | -- | 1007-1018 |
| A-28 – FAA Title 14 Civil Aviation Rules and Regulations | -- | 1019-1020 |
|  |  |  |
| **Certificate Holder Exhibits from March 29, 2022 Hearing** |  |  |
|  |  |  |
| R-6 – FAA Form 1360-33 | -- | 1021 |
|  |  |  |
| Certificate Holder's Notice of Appeal of Oral Initial Decision | April 8, 2022 | 1022-1024 |
| FAA's Notice of Appeal from Law Judge's Oral Initial Decision | April 12, 2022 | 1025-1026 |
| FAA's Entry of Appearance | April 14, 2022 | 1027-1028 |
| Motion for Extension of Time to File Brief Perfecting Certificate Holder's Appeal of the Administrative Law Judge's Oral Initial Decision | April 22, 2022 | 1029-1031 |
| NTSB Board Extension Response – Granted | May 4, 2022 | 1032 |
| FAA's Appeal Brief | May 26, 2022 | 1033-1056 |
| Certificate Holder's Appeal Brief | June 9, 2022 | 1057-1092 |
| FAA's Unopposed Motion for an Extension of Time to File Reply Brief | June 22, 2022 | 1093-1095 |
| NTSB Board Extension Response – Granted | June 24, 2022 | 1096 |
| Certificate Holder's Reply Brief | June 27, 2022 | 1097-1110 |
| FAA's Reply Brief | August 10, 2022 | 1111-1145 |
| NTSB Order SE-30880 (EA-5947), Opinion and Order | March 30, 2023 | 1146-1308 |
| Certificate Holder's Petition for Rehearing, Reargument, Reconsideration or Modification of the National Transportation Safety Board's Opinion and Order | April 4, 2023 | 1309-1315 |

3

Trenton Palmer v. Polly Trottenberg, Acting Administrator, Federal Aviation Administration
U.S. Court of Appeals for the District of Columbia Circuit, USCA Case No. 23-1239
NTSB Docket SE-30880, EA-5947 and EA-5956

| ITEM | DATE | PAGE(S) |
|---|---|---|
| FAA's Reply in Opposition to Petition for Reconsideration | April 12, 2023 | 1316-1320 |
| NTSB Order SE-30880 (EA-5956), Order Denying Petition for Reconsideration | July 12, 2023 | 1321-1372 |
| Certificate Holder's Motion to Stay Sanction Pending Judicial Review | July 27, 2023 | 1373-1377 |
| NTSB Order SE-30880 (EA-5960), Order Granting Stay | August 23, 2023 | 1378-1380 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 30, 2023, I electronically filed the foregoing Certification of Record with the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. I also certify that the following counsel of record is registered as a CM/ECF filer and will be served by the CM/ECF system:

Robert David Schulte
14 N. Hanson Street
Easton, MD 21601
rschulte@schultebooth.com

      /s/ Joy K. Park
      Joy K. Park