# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 23-1239**                      **September Term, 2023**

NTSB-EA-5956

Filed On: November 2, 2023 [2025082]

Trenton Palmer,

    Petitioner

    v.

Federal Aviation Administration,
Administrator and National Transportation
Safety Board,

    Respondents

### A M E N D E D   O R D E R

It is **ORDERED**, on the court's own motion, that the court's October 31, 2023 briefing order be amended to reflect the following revised briefing schedule:

| | |
|---|---|
| Petitioner's Brief | December 11, 2023 |
| Appendix | December 11, 2023 |
| Amicus Curiae for Petitioner's Brief | December 18, 2023 |
| Respondents' Brief | January 17, 2024 |
| Petitioner's Reply Brief | February 7, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk