# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1239**             **September Term, 2023**

**NTSB-EA-5956**

**Filed On: February 12, 2024** [2039925]

Trenton Palmer,

         Petitioner

     v.

Federal Aviation Administration,
Administrator and National Transportation
Safety Board,

         Respondents

     **BEFORE:**    Henderson and Wilkins, Circuit Judges; and Edwards, Senior Circuit Judge

### O R D E R

Upon consideration of the motion of Senator Tedd Budd for leave to file a brief amicus curiae in support of petitioner, and the lodged brief amicus curiae, it is

**ORDERED** that the motion be denied. The Clerk is directed to note the docket accordingly.

### Per Curiam

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                         BY:     /s/
                                Michael C. McGrail
                                Deputy Clerk