# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1239**                        **September Term, 2023**

**NTSB-EA-5956**

**Filed On: February 26, 2024** [2042378]

Trenton Palmer,

        Petitioner

    v.

Federal Aviation Administration,
Administrator and National Transportation
Safety Board,

        Respondents

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for March 11, 2024, at 9:30 A.M.:

        Petitioner       -       10 Minutes

        Respondents       -       10 Minutes

One counsel per side to argue.  The panel considering this case will consist of Circuit Judges Henderson and Wilkins, and Senior Circuit Judge Edwards.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by February 28, 2024.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

        BY:    /s/
                    Michael C. McGrail
                  Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)