# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1239**                  September Term, 2023

NTSB-EA-5956

Filed On: March 11, 2024 [2044310]

Trenton Palmer,

      Petitioner

  v.

Federal Aviation Administration,
Administrator and National Transportation
Safety Board,

      Respondents

    **BEFORE:**    Circuit Judges Henderson and Wilkins, and Senior Circuit Judge Edwards

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, March 11, 2024 at 9:36 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

  Robert D. Schulte, counsel for Petitioner.

  Joy K. Park (FAA), counsel for Respondents.

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                      BY:    /s/
                             Anne A. Rothenberger
                             Deputy Clerk