# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———

No. 23-1239                 **September Term, 2023**

FILED ON: JUNE 4, 2024

TRENTON PALMER,

PETITIONER

v.

FEDERAL AVIATION ADMINISTRATION, ADMINISTRATOR AND NATIONAL TRANSPORTATION SAFETY BOARD,

RESPONDENTS

———

On Petition for Review of an Order
of the National Transportation Safety Board

———

Before: HENDERSON and WILKINS, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*

## J U D G M E N T

This cause came on to be heard on the petition for review of an order of the National Transportation Safety Board and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that Palmer's petition for review be denied, in accordance with the opinion of the court filed herein this date.

## Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Daniel J. Reidy
Deputy Clerk

Date: May 4, 2024

Opinion for the court filed by Circuit Judge Henderson.