# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1239**                                                         **September Term, 2023**

**NTSB-EA-5956**

**Filed On: July 29, 2024** [2067193]

Trenton Palmer,

       Petitioner

    v.

Federal Aviation Administration,
Administrator and National Transportation
Safety Board,

       Respondents

## M A N D A T E

In accordance with the judgment of June 4, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                       BY:   /s/
                                      Daniel J. Reidy
                                      Deputy Clerk

Link to the judgment filed June 4, 2024